S.D.N.Y. – W.P.
23-cv-6096
Seibel, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of September, two thousand twenty-four.

Present:
Denny Chin,
Susan L. Carney,
Richard J. Sullivan,
*Circuit Judges*.

County of Westchester, et al.,

*Plaintiffs-Appellees*,

v.

Express Scripts, Inc., OptumRx Inc.,

*Defendants-Appellants*.

24-1639 (L), 24-1645, 24-1651, 24-1656, 24-1665, 24-1668, 24-1671, 24-1676, 24-1686, 24-1687, 24-1689, 24-1691, 24-1693, 24-1694, 24-1717, 24-1719, 24-1724, 24-1728, 24-1731, 24-1734, 24-1744, 24-1745, 24-1748, 24-1753, 24-1754, 24-1756, 24-1758, 24-1759, 24-1761, 24-1762, 24-1763, 24-1764, 24-1765, 24-1767, 24-1815, 24-1818, 24-1819, 24-1820, 24-1821, 24-1822, 24-1823, 24-1824, 24-1825, 24-1826, 24-1828, 24-1829, 24-1831, 24-1832, 24-1833, 24-1834, 24-1836, 24-1837, 24-1838, 24-1839, 24-1840, 24-2020

Appellants move to expedite these consolidated appeals and to stay the district court's remand orders pending appeal. Upon due consideration, it is hereby ORDERED that the request to expedite the consolidated appeals is GRANTED, but the request to stay is DENIED because the

Appellants are not entitled to an automatic stay pending appeal under *Coinbase, Inc. v. Bielski*, 599 U.S. 736 (2023).

Further, it is hereby ORDERED that 24-1639 is designated the lead appeal for all of the above-numbered appeals going forward and all of the appeals will proceed under the same consolidated briefing schedule. Appellants' brief(s) are due within 35 days of this order; Appellees' brief(s) are due within 35 days after the filing of the Appellants' brief(s); and Appellants' reply brief(s) are due within 14 days after the filing of the relevant Appellees' brief(s). All briefs will be filed in the lead appeal only.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court